UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RICHARD SPIRO BUCKINGHAM,<br><br>    Defendant. | NO: 2:16-CR-0177-TOR<br><br>ORDER ACCEPTING GUILTY PLEA AND DEFERRING PROSECUTION |

On November 15, 2016, Richard Spiro Buckingham appeared before the Court, waived Indictment and entered a plea of guilty to the one count Information filed on October 31, 2016, charging him with Transmitting a Threat in Interstate Commerce, in violation of 18 U.S.C. § 875(c). The Defendant was represented by William Leonard Athas and Chris A. Bugbee. Scott T. Jones appeared on behalf of the government.

The Court finds that Defendant is fully competent and capable of entering an informed plea, that the Defendant is aware of the nature of the charges and consequences of the plea and the plea of guilty is knowing, and voluntary, is not

ORDER ACCEPTING GUILTY PLEA AND DEFERRING PROSECUTION ~ 1

induced by fear, coercion, or ignorance and is supported by an independent basis in fact establishing each of the essential elements of the crime. The Court accepts the plea, but, in light of the Deferred Prosecution Agreement entered between the parties, reserves adjudication of Defendant's guilt at this time.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. The Court accepts the Deferred Prosecution Agreement.

2. Defendant shall be supervised by the United States Probation Office as ordered by the Court.

4. Not later than **May 15, 2018,** the Probation Officer shall advise this Court as to Defendant's compliance with the terms of the Deferred Prosecution Agreement and this matter will either be dismissed or proceed to sentencing.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and provide copies to counsel, the United States Probation Office, and the United States Marshal's Service.

**DATED** November 15, 2016.



THOMAS O. RICE
Chief United States District Judge

ORDER ACCEPTING GUILTY PLEA AND DEFERRING PROSECUTION ~ 2